

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

No. 04-13-00867-CR

Taurean Randolph **MOSES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR10305
Honorable Philip A. Kazen, Jr., Judge Presiding

**O R D E R**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 29, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2014.

_____
Keith E. Hottle, Clerk